**99–2159.  Schreiner v. Ohio Dept. of Edn.**

Franklin App. No. 98AP–1251. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's amended motion for stay of court of appeals' decision,

IT IS ORDERED by the court that the amended motion for stay of court of appeals' decision be, and hereby is, granted.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**99–1792.  Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 97–G–114 and 97–G–115. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–2095.  State ex rel. Switka v. Indus. Comm.**

Franklin App. No. 99AP–45. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, December 16, 1999*

## DISCIPLINARY DOCKET

**99–1486.  In re Subpoena Duces Tecum by the Bd. of Commrs. on Grievances and Discipline of the Supreme Court of Ohio for Probation File.**

On August 10, 1999, petitioners filed a Petition for Relief from Subpoena *Duces Tecum* of Board of Commissioners on Grievances and Discipline for Probation File Records. On September 8, 1999, the Cleveland Bar Association filed a motion for leave to intervene and a motion to seal proceedings. Upon consideration thereof,

IT IS ORDERED by this court that petitioners' Petition for Relief from Subpoena *Duces Tecum* be, and hereby is, denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

IT IS FURTHER ORDERED that the motion for leave to intervene by the Cleveland Bar Association be, and hereby is, granted.

IT IS FURTHER ORDERED that intervenor's motion to seal proceedings be, and hereby is, granted.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.